IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD WALTON and<br>YOLONDA WALTON<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>　　　　Defendants. | CIVIL ACTION NO. 02-CV-3366<br><br><br><br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

　　Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____　　_____
Hope S. Freiwald　　　　　　　　　　　Aline Fairweather

_____　　_____
Alison T. Conn　　　　　　　　　　　　Kirstin J. Miller

Dated: July ___, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000